

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-12-0295-CV

_____

Leoncito Plant, L.L.C., Appellant

v.

Susan Combs, Comptroller of Public Accounts and
Greg Abbott, Attorney General of the State of Texas, Appellees

On Appeal from the 126th District Court
Travis County, Texas
Trial Court No. D-1-GN-11-001116, Honorable Stephen Yelenosky, Presiding

April 10, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant has filed a motion to dismiss.  Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal.  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam